UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

                Plaintiffs,

-v-

ALTERNATIVE IRA SERVICES, LLC,

                Defendant.

------------------------------------------------------------x

21-Cv-2292 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

A notice of settlement having been filed on May 5, 2021 [Doc. No. 12],

IT IS HEREBY ORDERED that the initial conference scheduled for June 3, 2021, at 11:30 a.m. will take place as scheduled unless a stipulation of dismissal is filed before that date.

Dated: New York, New York
       May 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.