UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CHRISTIAN SANCHEZ, on behalf of himself and : 21-Cv-2292 (SHS)
all other persons similarly situated,

                    Plaintiffs,                    ORDER

    -v-

ALTERNATIVE IRA SERVICES, LLC,

                    Defendant.

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The plaintiff having filed a notice of voluntary dismissal on May 26, 2021 [Doc. No. 14], and the Clerk of Court having closed this case,

    IT IS HEREBY ORDERED that the Clerk of Court is directed to amend the caption as follows:

---------------------------------------------------------------x

    CHRISTIAN SANCHEZ,

                    Plaintiff,

           -v-

    ALTERNATIVE IRA SERVICES, LLC,

                  Defendant.

---------------------------------------------------------------x

Dated: New York, New York
       May 26, 2021

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.